IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS JAMES EALY,                          )
                                            )
        Petitioner,                         )
                                            )
v.                                          )         CIVIL ACTION NO. 1:03cv215-F
                                            )                   (WO)
CHARLES HADLEY, et al.,                     )
                                            )
        Respondents.                        )

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc.

# 21) filed herein on August 15, 2005, said Recommendation is hereby ADOPTED, and it

is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus

relief filed by Thomas James Ealy be and hereby is DENIED and that this case is

DISMISSED with prejudice.

Done this 9th day of September, 2005.


                                  _____/s/ Mark E. Fuller_____
                                  CHIEF UNITED STATES DISTRICT JUDGE