IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS JAMES EALY,                )
                                  )
    Petitioner,               )
                                  )
v.                                )     CIVIL ACTION NO. 1:03cv215-F
                                  )             (WO)
CHARLES HADLEY, et al.,           )
                                  )
    Respondents.              )

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and

ADJUDGED that the petition for writ of habeas corpus be denied, and that this action be and

hereby is dismissed with prejudice.

Done this 9th day of September, 2005.

                        /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE